UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 25, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| James Allen Cole, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-15-2844 |
| EP Energy Company, E&P, L.P., et al., | § § § | |
| Defendants. | § | |

## Final Dismissal

1. Having been advised that the parties reached a settlement, James Allen Cole's claims against

   - EP Energy Company, E&P, L.P.,
   - Oaks Personnel Services, Inc.,
   - Jesse Aguilar,
   - Bass Fishing and Rental LLC,
   - Predator Pressure Control & Crane SVCS., LLC, and
   - FTS INT'L, INC.,

   are dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on March 24, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge